## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MAYBERRY,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION, LLC** *et al.*, | : | **NO. 18-3262** |
| *Defendants* | : | |

## ORDER

**AND NOW,** this 14th day of April, 2020, upon consideration of James Mayberry's Statement Letter (Doc. No. 49), Mr. Mayberry's Motion for Reconsideration (Doc. No. 50), Defendant I.C. Systems, Inc.'s response thereto (Doc. No. 51), and the Court's April 6, 2020 Order (Doc. No. 49), it is **ORDERED** that the Motion for Reconsideration (Doc. No. 50) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**